**7**

Gus POULOS, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. June 16, 1924.) No. 6719. In Error to the District Court of the United States for the Western District of Missouri. Hyde & Griffith, of Kansas City, Mo., for plaintiff in error. C. C. Madison, U.

S. Atty., and H. L. Donnelly, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error, under rule 16.